IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| INNOVATIVE SPORTS MANAGEMENT, INC., | ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) |
| v. | ) <br> ) Civil Action No. 1:13-cv-1279 |
| ADRIANA, INC., et al., | ) <br> ) |
| Defendants. | ) <br> ) |

### ORDER

THIS MATTER comes before the Court on the Report and Recommendations of the Magistrate Judge dated February 3, 2014, in response to Plaintiff's Motion for Default Judgment. Plaintiff named a John Doe defendant in the Complaint but does not seek default judgment against this defendant. Defendant Adriana, Inc., the only defendant against whom default judgment is sought, has not filed an objection, and the time for filing such an objection has lapsed. Based on a de novo review of the evidence in this case, this Court affirms the findings and recommendations of the Magistrate Judge. It is hereby

ORDERED that default judgment is entered against Defendant Adriana, Inc., doing business as El Encanto Grocery Monserrate Restaurant, and in favor of Plaintiff Innovative Sports Management, Inc. in the total amount of $11,635.50, which

includes an award of $5,000.00 in statutory damages, $5,000.00 in enhanced damages, and attorney's fees and costs in the amount of $1,635.50.

/s/
Claude M. Hilton
United States District Judge

Alexandria, Virginia
April 15, 2014